**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JOE HAND PROMOTIONS, INC.**                                                         **PLAINTIFF**

**v.**                                     **4:11CV00037-BRW**

**JOHN STACY TIDWELL, Individually**
**and d/b/a Robert's Sports Bar & Grill**                                              **DEFENDANT**

## ORDER

A May 31, 2011 Order denied Plaintiff's counsel's motion for *pro hac vice* admission and directed him to enroll with the Clerk of the Court for the Eastern District of Arkansas or obtain local counsel before refiling his motion to appear *pro hac vice*. If Plaintiff's counsel does not (1) obtain local counsel and refile his motion for *pro hac vice* admission or (2) become admitted to practice in this district by 5:00 p.m., Wednesday, July 20, 2011, he will be removed from the case.

IT IS SO ORDERED this 6th day of July, 2011.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE